IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART STORES, INC., )
)
    Plaintiff, ) Case No. 5:06-cv-05093-RTD
)
vs. )
)
NIU TECH L.L.C. )
D/B/A/ THEUSEFUL.COM, )
EMARKETRESEARCHGROUP.COM )
EXCLUSIVEGIFTCARDS.COM, )
ONLINEREWARDCENTER.COM, )
ONLINEGIFTREWARDS.COM, )
AMERICASTOPBRANDS.COM, )
HOTGIFTZONE.COM, and )
CONSUMERINCENTIVEPROMOTIONS.COM, )
)
    Defendant. )

## JOINT MOTION TO FILE CONSENT JUDGMENT AND PERMANENT INJUNCTION UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Wal-Mart Stores, Inc. ("Wal-Mart"), by its undersigned counsel, and Defendant Niu Tech L.L.C. d/b/a TheUseful.com ("The Useful") (collectively, the "Parties") come now and submit their Joint Motion to File Consent Judgment and Permanent Injunction Under Seal (the "Joint Motion"). In support of this Motion, the Parties are filing concurrently herewith, and hereby incorporate by reference, the (1) Memorandum of Law in Support of Joint Motion to File Consent Judgment and Permanent Injunction Under Seal and (2) Declaration of Homer Appleby, Esq. and Exhibit attached thereto.

A proposed Order is attached.

Dated: October /9, 2006

_____
Homer Appleby
Vice President and General Counsel
Niu Tech LLC
6001 Broken Sound Parkway
Boca Raton, FL 33487
(561) 939-6904

_____
W. Asa Hutchinson III, Bar No. 2001115
Warner, Smith & Harris, PLC
J.B. Hunt NBC Tower
3333 Pinnacle Hills Parkway, Suite 220
Rogers, AR 72758
(479) 271-6041
Local Counsel for Plaintiff
Wal-Mart Stores, Inc.

_____
Franklin B. Molin, Esq.
Neil P. Kearney, Esq.
Kirkpatrick & Lockhart
   Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
Lead Counsel for Plaintiff
Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| WAL-MART STORES, INC., | ) |
| Plaintiff, | ) Case No. 5:06-cv-05093-RTD |
| vs. | ) |
| NIU TECH L.L.C. D/B/A/ THEUSEFUL.COM, EMARKETRESEARCHGROUP.COM EXCLUSIVEGIFTCARDS.COM, ONLINEREWARDCENTER.COM, ONLINEGIFTREWARDS.COM, AMERICASTOPBRANDS.COM, HOTGIFTZONE.COM, and CONSUMERINCENTIVEPROMOTIONS.COM, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff Wal-Mart Stores, Inc. and Defendant Niu Tech L.L.C.'s Joint Motion to File Consent Judgment and Permanent Injunction Under Seal, dated October 19, 2006, and good cause having been shown, it is hereby ORDERED that the Joint Motion is GRANTED and that access to the Consent Judgment and Permanent Injunction is limited to the Parties, their respective attorneys, and the Parties' successors, agents and assigns.

SIGNED this ____ day of _____, 2006.

_____
United States District Judge